THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Michael Lathan, Appellant.
 
 
 

Appeal From Colleton County
 Perry M. Buckner, Circuit Court Judge
Unpublished Opinion No. 2008-UP-549
Submitted October 1, 2008  Filed October 9,
 200
APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.  
 
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia;  and Solicitor I. McDuffie  Stone, III, of Beaufort; for
 Respondent.
 
 
 

PER CURIAM:  A
 jury found Michael Lathan guilty of armed robbery.  Lathan argues the trial court erred in admitting a statement
 made to police into evidence.  After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Lathans appeal and grant counsels
 motion to be relieved.[1]  
APPEAL DISMISSED.
ANDERSON, WILLIAMS, and
 KONDUROS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.